This list is being published pursuant to Gov.Bar R. I(15). The following persons have applied to take the February 2019 Ohio Bar Examination. Allen Lima Lima Ashtabula Ashtabula Minerva Springfield Springfield Clermont Cincinnati Cincinnati Cincinnati Cincinnati Batavia Loveland Cincinnati New Richmond Clinton Sabina Cleveland Cleveland Lakewood Fairview Park Cleveland Heights Parma Cleveland Heights North Olmsted Cleveland Strongsville Beachwood Iris Aimara Demand Mayfield Heights Cleveland Beachwood Cleveland Cleveland Cleveland Broadview Heights Cleveland Cleveland Euclid Cleveland Lakewood Cleveland Shaker Heights Richmond Heights Cleveland Heights Cleveland Cleveland Gelise Vera Frances Littlejohn Cleveland Cleveland Euclid Brecksville Cleveland Cleveland Cleveland Cleveland Heights Cleveland Cleveland Cleveland Shaker Heights Beachwood Cleveland Parma Cleveland Shaker Heights Broadview Heights Cleveland Brook Park Cleveland Lyndhurst Independence Cleveland Cleveland Cleveland Cleveland Heights North Olmsted Strongsville Shaker Heights Delaware Lewis Center Lewis Center Westerville Westerville Dublin Sunbury Lewis Center Powell Fairfield Lancaster Lancaster Bloomingburg Franklin Columbus Columbus Dublin Dublin Hilliard Columbus New Albany Columbus Columbus Columbus Columbus Westerville Columbus Columbus Columbus Columbus Gahanna Columbus Columbus Dublin Columbus Columbus Columbus Columbus Blacklick Hilliard Columbus Westerville New Albany Westerville Columbus Columbus Nicholas Grant Jones Columbus Columbus Columbus Columbus Columbus Dublin Columbus Bexley Groveport Columbus Hilliard Columbus Columbus Hilliard Columbus Whitehall Columbus Dublin Blacklick Columbus New Albany Columbus Maxim Michael Perel Columbus Columbus Columbus Canal Winchester Columbus Galloway Columbus Dublin Columbus Columbus Columbus Columbus Columbus Dublin Hilliard Columbus Columbus Columbus Columbus Westerville Columbus Columbus Columbus Columbus Dublin Columbus Fulton Delta Archbold Gallia Bellbrook Dayton Beavercreek Fairborn Beavercreek Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Norwood Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Loveland Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Cincinnati Findlay Hardin Ada Ada St. Clairsville Willard Lake Mentor Painesville Mentor Licking Granville Bellefontaine Lorain Oberlin Grafton Maumee Toledo Toledo Sylvania Oregon Sylvania Toledo Sylvania Dodd Edward Pace Toledo Toledo Sylvania Toledo Sylvania Toledo Mahoning Andrew Richards Davis Poland Youngstown Youngstown Caledonia Medina Medina Medina Hinckley Medina Miami Woodsfield Montgomery Dayton Kettering Centerville Kettering Dayton Dayton Dayton Dayton Dayton Centerville Dayton Sabre Mone Price Huber Heights Dayton Dayton Dayton Dayton Dayton Dayton Dayton Dayton Sarahsville Ottawa Graytown Pickaway Orient Portage Ravenna Garrettsville Aurora Ravenna Aurora Ravenna Cloverdale Richland Mansfield Ontario Mansfield Ross Chillicothe Chillicothe Sandusky Fremont Fremont Stark Louisville East Sparta Canton Canton Anthony James Palumbo Canton Alliance Canton Canton Summit Akron Akron Akron Copley Stow Twinsburg Copley Akron Akron Stow Akron Akron Akron Copley Akron Trumbull Strasburg Maineville Wayne Wood Perrysburg Walbridge Perrysburg Perrysburg Wyandot Covington Meadville PA Covington Covington Newport IN Moundsville WV Dayton Chicago IL Edgewood Washington DC Bridgeville PA Covington Webster NY Davison MI Lexington Florence Bellevue Katelyn Renee Gaines Covington Sharpsville PA Leesburg Pensacola Alexandria Edgewood Ann Arbor MI Crestview Hills VT Canonsburg PA Highland Heights PA Winder GA Albion IL Arlington Covington Greenup Washington DC Independence